IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02429-REB-BNB

VERNON RAUCH, an individual, and
RAUCH MANUFACTURING, INC., an Idaho corporation,

Plaintiffs,

v.

JOHN P. SUTPHIN, JR., an individual, and
SUTPHIN ELECTRIC MOTORS, CORP., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion for Leave to File First Amended Complaint** [Doc. # 15, filed 3/10/06] (the "Motion to Amend").  The Motion to Amend seeks to delete claims relating to '808 patent, and to claim of personal liability against John P. Sutphin, Jr.

The defendant responded to the Motion to Amend with a document captioned *Response to Motion for Leave to File 1st Amended Complaint* [Doc. # 20, filed 3/31/06] (the "Response").  The Response contains two separately captioned sections.  The first section is captioned *Motion for Fees and Costs (Withdrawal of 808 Patent Claim)*, and states that the defendant "does not object to the withdrawal of the 808 patent infringement claims but believes that it is entitled to its attorney fees and costs in defending against those claims."  Response at ¶1 (first).  The second section is captioned *Response to Motion for Leave to File Amended Complaint (To Name John P. Sutphin Individually)*, and states that the defendant "does not believe it has any good faith basis to oppose leave to amend under F.R.C.P. 15 and 20."  Id. at ¶2 (second).

Local rule of practice 7.1C, D.C.COLO.LCivR, provides in relevant part that "[a] motion shall not be included in a response or reply to the original motion.  A motion shall be made in a separate paper."  Consequently, the defendant's motion for the award of attorneys' fees and costs, is improperly included in the defendant's Response to the Motion to Amend.  That portion of the Response is STRICKEN as a violation of Rule 7.1C.

The defendant admits that it has no basis to oppose the Motion to Amend, and that motion is GRANTED.

IT IS ORDERED that the Motion to Amend is GRANTED.  The Clerk of the Court is directed to accept for filing the *First Amended Complaint for Patent Infringement, Trademark Infringement, and Unfair Competition* [Doc. # 15-3, received 3/10/06], a copy of which was submitted with the Motion to Amend.

IT IS FURTHER ORDERED that the defendant's motion for relief improperly contained in its Response is STRICKEN.

IT IS FURTHER ORDERED that the case caption is amended as indicated herein.

Dated April 3, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge