IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02429-REB-BNB

VERNON RAUCH, an individual, and
RAUCH MANUFACTURING, INC.,

Plaintiffs,

v.

JOHN P. SUTPHIN, JR., an individual, and
SUTPHIN ELECTRIC MOTORS, CORP., a Colorado corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Obtain Transcript of Settlement Conference** [docket no. 45, filed September 8, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and a transcript of the settlement conference put on the record on August 7, 2006, is to be prepared and filed Under Seal, with both parties sharing the cost of the transcript.

DATED:  September 11, 2006