IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02429-REB-BNB

VERNON RAUCH, an individual, and
RAUCH MANUFACTURING, INC., an Idaho corporation,

Plaintiffs,

v.

JOHN P. SUTPHIN, JR., an individual, and
SUTPHIN ELECTRIC MOTORS, CORP., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

Upon review of the case file:

IT IS ORDERED that a status/supplemental settlement conference is set for **December 1, 2006, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Attorneys and client representatives with full authority to settle the case must be present at the conference in person.  (Note: This requirement is not satisfied by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into a settlement must be present at the conference in person.)  Each party shall submit to my chambers only and on or before **November 24, 2006**, a confidential status report/settlement statement outlining the problems concerning settlement and any additional settlement issues.

Dated November 3, 2006.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge