**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date**: **December 5, 2006**

Valeri Barnes, Courtroom Deputy
Suzanne Claar, Court Reporter

───────────────────────────────────────────────────────────────

**Civil Case No. 05-cv-02429-REB-BNB**

| *Parties* | *Counsel* |
|---|---|
| VERNON RAUCH, *an individual* <br> RAUCH MANUFACTURING, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> SUTPHIN ELECTRIC MOTORS, CORP. <br> *a Colorado corporation*, <br> JOHN P. SUTPHIN, JR., *an individual*, <br> <br> Defendants. | Ken Pedersen <br> <br> <br> <br> <br> <br> <br> Drew Wills, II |

_____

**COURTROOM MINUTES**
_____

**Hearing: Temporary Restraining Order**

**1:34 p.m.     Court in session.**

Also present:  Plaintiff Vernon Rauch and Susan Brown, office manager of Rauch Manufacturing.

Appearances of counsel.

Opening statements by the court.

**Witness sworn by the defendants: VERNON RAUCH:**
1:38 p.m.     Direct examination.
1:44 p.m.     Cross-examination.
1:56 p.m.     Redirect examination.
**2:08 p.m.     Witness excused.**

**Exhibit received:** Defendant's A.

Arguments.

**2:49 p.m.**     **Court in recess.**
**3:04 p.m.**     **Court in session.**

Court's oral findings of facts and conclusions of law.

**It was ORDERED:**

    1.      Plaintiff's Emergency Motion for Restraining Order, [#67] filed November 28, 2006, is **denied.**

**3:14 p.m.**     **Court in recess.**

*Total court time: 1:25.*