**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.05-cv-02429-REB-BNB

VERNON RAUCH, an individual, and
RAUCH MANUFACTURING, INC., an Idaho corporation,

    Plaintiffs,

v.

SUTPHIN ELECTRIC MOTORS, CORP., a Colorado corporation,

    Defendant.

**ORDER OVERRULING OBJECTIONS TO
AND ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#78], filed December 13, 2006; and (2) **Plaintiff's Objections to Magistrate Judge Boyd N. Boland's Report and Recommendation** [#79], filed December 26, 2006. I overrule the objections and adopt the recommendation of the magistrate judge.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. The recommendation is detailed and well-reasoned. None of the objections has merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#78], filed December 13, 2006, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Plaintiff's Objections to Magistrate Judge Boyd N. Boland's Report and Recommendation** [#79], filed December 26, 2006, are **OVERRULED**;

3. That defendant's **Motion To Dismiss** [#56], filed November 6, 2006, is **GRANTED**;

4. That **Plaintiff's Motion to Return Case to the Trial Calendar** [#59], filed November 10, 2006, is **DENIED**;

5. That the parties are directed to **EXECUTE** a settlement agreement on the terms set forth on the record in open court before the magistrate judge on August 7, 2006, as memorialized in the transcript of that proceeding [#51], filed October 3, 2006, and **FILE** that agreement with the court by no later than **Friday, February 2, 2007**;

6. That following the filing of the settlement agreement, this action will be **DISMISSED WITH PREJUDICE** without further notice to the parties or order of this court;[1]

7. That defendant's **Motion For Partial Summary Judgment** [#37], filed August 4, 2006, is **DENIED AS MOOT**; and

8. That **Plaintiff's Motion For *Markman* Claim Construction** [#26], filed June 1, 2006, is **DENIED AS MOOT**.

---

[1] Of course, the dismissal of the substantive claims asserted herein does not vitiate the issues raised by and inherent to **Defendant's Motion For Attorney Fees and Costs** [#81], filed January 5, 2007, which remains pending and viable.

Dated January 19, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**