IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02429-REB-BNB

VERNON RAUCH, an individual, and
RAUCH MANUFACTURING, INC., an Idaho corporation,

Plaintiffs,

v.

JOHN P. SUTPHIN, JR., an individual, and
SUTPHIN ELECTRIC MOTORS, CORP., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Second Motion to Permit Withdrawal of Ken J. Pedersen as Counsel for Vernon Rauch and Rauch Manufacturing, Inc.** [Doc. # 96, filed 3/21/2007] (the "Motion"). Mr. Pedersen seeks an order of the court allowing him to withdraw as counsel for the plaintiffs because "Ken J. Pedersen has been dismissed by Vernon Rauch and Rauch Manufacturing, Inc." *Motion* at p.2.

The defendants oppose the Motion, arguing that it is premature because the defendants have filed a motion for sanctions against the plaintiffs and, apparently, Mr. Pedersen as their attorney. However, Mr. Pedersen acknowledges in the Motion that he may be subject to an award of sanctions and he "specifically submits himself to the jurisdiction of the Court" regarding the motion for sanctions. Id.

IT IS ORDERED that the Motion is GRANTED, and Kenneth J. Pedersen of Pedersen & Company, PLLC, is relieved of any further responsibility in this case as counsel for the plaintiffs.

Mr. Pedersen remains subject to the jurisdiction of the court in connection with the defendants' motion for sanctions.

Dated April 2, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge