IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| VERNON RAUCH,<br>    an individual, and<br><br>RAUCH MANUFACTURING, INC.,<br>    an Idaho corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>JOHN P. SUTPHIN, JR.,<br>    an individual, and<br><br>SUTPHIN ELECTRIC MOTORS, CORP.,<br>    a Colorado corporation,<br><br>        Defendants. | Case No. 1:05-cv-02429-REB-BNB<br><br>**CONSENT DECREE AND<br>FINAL JUDGMENT** |

This Court, based upon the stipulation of the parties, makes the FINDINGS OF FACT and CONCLUSIONS OF LAW stated herein, and hereby ADJUDGES, DECREES and ORDERS that:

1. The Court has personal jurisdiction over the parties, and subject matter jurisdiction over the dispute between them.

2. Vernon Rauch is the owner of, and Rauch Manufacturing, Inc. is the exclusive licensee of, U. S. Patent No. 6,075,372.

3. Rauch Manufacturing, Inc. is the owner of the common law trademark RAUCH for well pipe spinners in the United States.

4. The '372 patent and the Rauch trademark are both valid and enforceable.

5. The '372 patent and the Rauch trademark have both been infringed by Defendants, Sutphin Electric Motors Corporation and John P. Sutphin, Jr. (hereinafter collectively "SUTPHIN").

6. Except for the License Agreement as set out in the parties' Settlement Agreement, SUTPHIN are hereby permanently enjoined from infringing any claim of the '372 patent and the RAUCH trademark.

7. This Consent Decree is a result of the Settlement Agreement between the parties. No costs or attorney fees are awarded as part of this Consent Decree, which Decree does not supersede or affect the terms of the parties' Settlement Agreement.

8. This Consent Decree and Final Judgment adjudicates all claims for relief, counterclaims, defenses and set-offs between the parties relating to this dispute and terminates this action with prejudice in its entirety.

**BY THE COURT:**

Dated: April 20, 2007

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**